**FILED**

12-17   20 01

M. _____

DAVID J. MALAND, CLERK

U.S. DISTRICT COURT

By _____   DEPUTY

RULE INVOKED ____

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

_Lufkin_ DIVISION

DATE _12-17-01_

JUDGE _John Hannah_   REPORTER _Ron Mason_

_Julio Colegio, etal_

§
§
§
§

**PLAINTIFF**

VS

_Equitable Corp., etal_

§
§
§
§
§
§
§

**DEFENDANT**

CIVIL ACTION NO. _9:01cv161_

JURY _____   NON-JURY _✓_

ATTORNEYS FOR PLAINTIFF _Richard Tomlinson_

ATTORNEYS FOR DEFENDANT _Donald Turbyfill_

LAW CLERK _Merrilee Maul_ INTERPRETER _____

THIS DAY CAME THE PARTIES BY THEIR ATTORNEYS AND THE FOLLOWING PROCEEDINGS WERE HAD:   OPEN _9:03_   ADJOURN _9:36_

Scheduling conference held. Tomlinson says that they will be deposing someone who may be involved with Royal Ware. Case discussed. Ptys can file a joint amended scheduling order when Royal Ware is added or when a class certification hearing is needed. Pla has 60 days to serve Royal Ware.

DAVID J. MALAND, CLERK

BY _Patricia Davidson_

DEPUTY