E0D-12-17-01
12-17

FILED - CLERK
U.S. DISTRICT COURT
2001 DEC 17   AM 9: 38
TX EASTERN-LUFKIN
BY_____

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| JULIO COLEGIO, *et al.* | § | |
| | § | |
| vs. | § | Civil Action No. 9:01cv161 |
| | § | |
| EQUITABLE ACCEPTANCE | § | |
| CORPORATION, *et al.* | § | |

## ORDER GRANTING UNOPPOSED MOTION FOR SUBSTITUTION OF COUNSEL

The Unopposed Motion for Substitution of Counsel is hereby GRANTED.  William C.

Boyd, of the law firm of Patterson, Boyd & Lowery, P.C., is granted leave of court to withdraw

as attorney-in-charge for Defendants EQUITABLE ACCEPTANCE CORPORATION and NEW

ERA, INC., and Donald L. Turbyfill, of the law firm of Devlin, Naylor & Turbyfill, P.L.L.C.,

is granted leave of court to enter and appear as attorney-in-charge for Equitable and New Era.

SO ORDERED.

SIGNED this __17__ day of __December__, 2001.

JOHN HANNAH, JR.
UNITED STATES DISTRICT JUDGE

15

**PROPOSED ORDER SUBMITTED BY:**

DEVLIN, NAYLOR, & TURBYFILL, P.L.L.C.

DONALD L. TURBYFILL
State Bar of Texas No. 20296380
4801 Woodway, Suite 420-West
Houston, Texas 77056
(713) 622-8338 [phone]
(713) 586-7053 [facsimile]
ATTORNEY FOR DEFENDANTS
EQUITABLE ACCEPTANCE CORPORATION
and NEW ERA, INC.