FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS DEC 26 2001
LUFKIN DIVISION

DAVID J. MALAND, CLERK
BY
DEPUTY

| | | |
|---|---|---|
| JULIO COLEGIO, et al. | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 9:01 CV 161 |
| | § | |
| EQUITABLE ACCEPTANCE CORP., et al. | § | Judge: Hannah |
| | § | |
| Defendants | § | |

## NOTICE OF PLAINTIFF'S INITIAL DISCLOSURES

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Pursuant to Local Rule CV-26(c), Plaintiffs have made their Initial Disclosures in this

lawsuit, as required under Fed.R.Civ.P. 26(a)(1), and has served same upon all counsel of record in

accordance with Fed.R.Civ.P. 5.

Dated: December 20, 2001.

Respectfully submitted,

RICHARD TOMLINSON
One Greenway Plaza
Suite 100
Houston, Texas 77046
713/627-7747
Fax: 713/627-3035
State Bar No. 20123500

ATTORNEY FOR PLAINTIFF

19

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing pleading has been forwarded to opposing counsel via certified mail, return receipt requested, on this the 20th day of December, 2001 as follows:

Donald L. Turbyfill
Devlin, Naylor & Turbyfill, P.L.L.C.
4801 Woodway, Suite 420-West
Houston, Texas 77056-1805

Richard Tomlinson

*Notice of Plaintiffs' Initial Disclosures*
*Page 2*