IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| JULIO COLEGIO, et al. | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 9:01 CV 161 |
| | § | |
| EQUITABLE ACCEPTANCE CORP., et al. | § | Judge: Hannah |
| | § | |
| Defendants | § | |

## ORDER EXTENDING TIME TO SERVE DEFENDANT

On this day, came on to be heard the Unopposed Motion for Extension of Time to Serve Defendant filed in this cause by Plaintiffs. After considering this motion, the Court is of the opinion that this motion should be granted.

IT IS, THEREFORE, ORDERED that the Unopposed Motion for Extension of Time to Serve Defendant is hereby granted.

IT IS FURTHER ORDERED that Plaintiffs are granted leave to seek service on Defendant Jack Cali III, dba Cali Enterprises and Royalware Industries on or before February 28, 2002.

SIGNED this 2nd day of January 2002.

John Hannah
UNITED STATES DISTRICT JUDGE