FILED - CLERK
U.S. DISTRICT COURT

02 APR 15 AM 10: 56

TX EASTERN
BY

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| EDUARDO HERNANDEZ, § <br> MANUEL PADILLA, and § <br> JULIO COLEGIO, § <br> on behalf of themselves and all others § <br> similarly situated, § <br> § <br> Plaintiffs § <br> § <br> v. § <br> § <br> § <br> § <br> EQUITABLE ACCEPTANCE § <br> CORPORAITON, and § <br> and JACK CALI, III dba § <br> CALI ENTERPRISES, and § <br> ROYALWARE INDUSTRIES, § <br> § <br> Defendants § | CASE NO. 9:01CV161 <br><br> JUDGE HANNAH |

**DESIGNATION OF EXPERT WITNESSES BY**
**EQUITABLE ACCEPTANCE CORPORATION**

COMES NOW, EQUITABLE ACCEPTANCE CORPORATION ("EAC"), Defendant herein, and designates its expert witnesses as follows:

1) Donald L. Turbyfill will testify regarding reasonableness and necessity of any attorney's fees claim to be recovered by any party to the litigation. The total amount of attorneys' fees sought to be recovered by EAC cannot be calculated at this time, but will be based upon the amount of time devoted to the defense and prosecution of claims and the hourly rate of the attorney or paralegal rendering services to EAC. All services rendered to EAC in this matter were

contemporaneously recorded at the time the service was rendered, and billed to EAC on a monthly basis. Mr. Turbyfill's opinions will be based upon a review of all pleadings, discovery, legal research relative to this case and his experience in prosecution and defense of claims in secured transactions and consumer finance, and all time records maintained by the attorneys in this case.

2) Cheryl R. Brown will testify regarding reasonableness and necessity of any attorney's fees claim to be recovered by any party to the litigation. The total amount of attorneys' fees sought to be recovered by EAC cannot be calculated at this time, but will be based upon the amount of time devoted to the defense and prosecution of claims and the hourly rate of the attorney or paralegal rendering services to EAC. All services rendered to EAC in this matter were contemporaneously recorded at the time the service was rendered, and billed to EAC on a monthly basis. Ms. Brown's opinions will be based upon a review of all pleadings, discovery, legal research relative to this case and her experience in prosecution and defense of claims in secured transactions and consumer finance, and all time records maintained by the attorneys in this case.

EAC reserves the right to supplement the designatiation herein prior to trial.

Respectfully submitted,

DEVLIN, NAYLOR & TURBYFILL, P.L.L.C.

_____
Donald L. Turbyfill
State Bar No. 20296380
CHERYL R. BROWN
State Bar No. 24004565
4801 Woodway, Suite 420 West
Houston, Texas 77056
713-622-8338 [Telephone]
713-586-7053 [Facsimile]
ATTORNEYS FOR DEFENDANT
EQUITABLE ACCEPTANCE CORPORATION

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing pleading has been forwarded to the following parties via certified mail, return receipt requested, on this the 12th day of April, 2002:

Richard Tomlinson
One Greenway Plaza, Suite 100
Houston, Texas 77046
713-627-7747 [Telephone]
713-627-3035 [Facsimile]
LEAD COUNSEL FOR PLAINTIFFS


Richard S. Fischer
114 S. Pecan Street
Nacogdoches, Texas 75961
936-564-2222 [Telephone]
936-564-1346 [Facsimile]
CO-COUNSEL FOR PLAINTIFFS

_____
CHERYL R. BROWN