

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| JULIO COLEGIO, et al. | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 9:01 CV 161 |
| | § | |
| EQUITABLE ACCEPTANCE CORP., et al. | § | Judge: Hannah |
| | § | |
| Defendants | § | |

## PLAINTIFFS' DESIGNATION OF TRIAL WITNESSES

COME NOW Julio Colegio, Eduardo Hernandez and Manuel Padilla, Plaintiffs in the above-stated cause, and designates the following trial witnesses:

1. Julio Colegio
   2083 Briar Forest
   Nacogdoches, Texas 75964
   936/462-7031

2. Manuel Padilla
   403 Bremond
   Lufkin, Texas 75901
   936/632-5667

3. Eduardo Hernandez
   208 Forest Park Blvd.
   Lufkin, Texas 75904-1306
   936/634-0955

4. Mariano Suarez Castro
   424 Chaillon
   Lufkin, Texas 75901
   936/632-0076



5.  Ranulfo Rodriguez
    Route 8, Box 8332
    Lufkin, Texas 75901
    936/875-4054

6.  Leticia Santamaria Ortega
    421 Laurel, #26
    Lufkin, Texas 75901
    936/634-0775

7.  Jesus Eduardo Mendoza
    Route 8, Box 8230
    Lufkin, Texas 75904
    936/875-3547

8.  Janie Gonzalez Alonso
    127 Hudson Place Drive
    Lufkin, Texas 75904
    936/875-2059

9.  Jeffrey D. Henn
    Vice President
    Equitable Acceptance Corporation
    P.O. Box 27171
    Minneapolis, Minnesota 55427
    612/542-3910
    800/336-4962

10. Jack Cali III
    Royalware Industries or Cali Enterprises
    3830 Williams Boulevard
    Kenner, Louisiana
    (Last known addresses and telephone number)

11. Donald A. Henn
    New Era Inc.
    (Address and telephone number unknown)

12. Roger E. Johnson
    New Era, Inc.
    (Address and telephone number unknown)