

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| JULIO COLEGIO, et al. | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 9:01 CV 161 |
| | § | |
| EQUITABLE ACCEPTANCE CORP., et al. | § | Judge: Hannah |
| | § | |
| Defendants | § | |

## PLAINTIFFS' DESIGNATION OF EXPERT WITNESSES

COME NOW Julio Colegio, Eduardo Hernandez and Manuel Padilla, Plaintiffs in the above-stated cause, and designates the following expert witnesses:

1. Richard S. Fischer will testify regarding reasonableness and necessity of any attorney's fee claim to be recovered by any party to the litigation. The total amount of attorney's fees sought to be recovered by Plaintiffs cannot be calculated at this time but will be based upon the amount of time devoted to the prosecution of the Plaintiffs' claims and the hourly rate of the attorneys rendering services to Plaintiffs and the class. All services rendered to Plaintiffs and the class in this matter were contemporaneously recorded at the time the services were rendered. Mr. Fischer's opinions will be based upon a review of all pleadings, discovery, legal research relative to this case, his experience in similar litigation, and all time records maintained by the attorneys in this case.

2. Richard Tomlinson will testify regarding reasonableness and necessity of any attorney's fee claim to be recovered by any party to the litigation. The total amount of attorney's fees sought to be recovered by Plaintiffs cannot be calculated at this time but will be based upon the amount of time devoted to the prosecution of the Plaintiffs' claims and the hourly rate of the attorneys rendering services to Plaintiffs and the class. All services rendered to Plaintiffs and the class in this matter were contemporaneously recorded at the time the services were rendered. Mr. Tomlinson's opinions will be based upon a review of all pleadings, discovery, legal research relative to this case, his experience in similar litigation, and all time records maintained by the attorneys in this case.

Plaintiffs reserve the right to supplement this designation prior to trial.

Respectfully submitted,

*Richard Tomlinson*
RICHARD TOMLINSON
One Greenway Plaza
Suite 100
Houston, Texas 77046
713/627-7747
Fax: 713/627-3035
State Bar No. 20123500

ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing pleading has been forwarded to opposing counsel via certified mail, return receipt requested, on this the 15th day of April, 2002 as follows:

Donald L. Turbyfill
Devlin, Naylor & Turbyfill, P.L.L.C.
4801 Woodway, Suite 420-West
Houston, Texas 77056-1805

*Richard Tomlinson*
Richard Tomlinson