IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| JULIO COLEGIO, et al | § | |
|     Plaintiffs | § | |
| | § | |
| v. | § | Civil Action No. 9:01 CV 161 |
| | § | |
| EQUITABLE ACCEPTANCE CORP., et al. | § | Judge: Hannah |
|     Defendants | § | |

## EQUITABLE ACCEPTANCE CORPORATION'S
## NOTICE OF DISCLOSURE

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Pursuant to Local Rule CV-26(c), Defendant, Equitable Acceptance Corporation has made its Initial Disclosure in this lawsuit, as required under Fed.R.Civ.P. 26(a)(1), and has served same upon all counsel of record in accordance with Fed.R.Civ.P.5.

Dated:     April 18, 2002

                                      Respectfully submitted,

                                      DEVLIN, NAYLOR & TURBYFILL, P.L.L.C.

                                      DONALD L. TURBYFILL
                                      Texas Bar Number 2029638
                                      CHERYL R. BROWN
                                      Texas Bar Number 24004565
                                      4801 Woodway, Suite 420 West
                                      Houston, Texas 77056-1805
                                      713/622-8338 (Telephone)
                                      713/586-7053 (Facsimile)
                                      ATTORNEYS FOR DEFENDANT
                                      EQUITABLE ACCEPTANCE CORPORATION

## CERTIFICATE OF SERVICE

The undersigned certifies that on April 18, 2002, EQUITABLE ACCEPTANCE CORPORATION, a Defendant herein, served on the parties listed and in the manner provided the following discovery instruments: **DOCUMENTS NUMBERED EAC0001-1023; ALEAC0001-0421; AND REAC0001-0083,** excepting those documents removed to the Privilege Log delivered contemporaneously with these documents.

Richard Tomlinson
Attorney at Law
One Greenway Plaza, Suite 100
Houston, Texas 77046
(713) 627-7747 [phone]
(713) 627-3035 [facsimile]
ATTORNEY FOR PLAINTIFFS . . . . . . . . . . . . . . . . . . . . . . . . Via Hand Delivery

Richard S. Fischer
Attorney At Law
114 S Pecan Street
Nacogdoches  TX  75961
(936) 564-2222 [phone]
(936) 564-1346 [facsimile]
CO-COUNSEL FOR PLAINTIFFS . . . . . . . . . . . . . . . . . . . . . . Via Federal Express

_____
CHERYL R. BROWN