IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| JULIO COLEGIO, et al<br>Plaintiffs | §<br>§<br>§ | |
| v. | §<br>§ | Civil Action No. 9:01 CV 161 |
| EQUITABLE ACCEPTANCE CORP., et al.<br>Defendants | §<br>§<br>§ | Judge: Hannah |

## EQUITABLE ACCEPTANCE CORPORATION'S
## INDEX TO PRIVILEGE AND PROTECTION CODES
## GLOSSARY OF NAMES AND PRIVILEGE LOG

Comes now EQUITABLE ACCEPTANCE CORPORATION, Defendant in the above-styled and numbered case, and respectfully submits the following:

Index to Privilege and Protection Codes . . . . . . . . . . . . . . . . . . . . . . Attachment 1

Glossary of Names . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Attachment 2

Privilege Log . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Attachment 3

Respectfully submitted,

DEVLIN, NAYLOR & TURBYFILL, P.L.L.C.

_____
DONALD L. TURBYFILL
Texas Bar Number 20296380
CHERYL R. BROWN
Texas Bar Number 24004565
4801 Woodway, Suite 420 West
Houston, Texas 77056-1805
713/622-8338 (Telephone)
713/586-7053 (Facsimile)

ATTORNEYS FOR DEFENDANT,
EQUITABLE ACCEPTANCE CORPORATION

## CERTIFICATE OF SERVICE

I, Cheryl R. Brown, do hereby certify that a true and correct copy of the above and foregoing instrument was served on _____ April 18 _____, 2002, as reflected below:

Richard Tomlinson
Attorney at Law
One Greenway Plaza, Suite 100
Houston, Texas 77046
(713) 627-7747 [phone]
(713) 627-3035 [facsimile]
ATTORNEY FOR PLAINTIFFS . . . . . . . . . . . . . . . . . . . . . . . . . Via Hand Delivery

Richard S. Fischer
Attorney At Law
114 S Pecan Street
Nacogdoches  TX  75961
(936) 564-2222 [phone]
(936) 564-1346 [facsimile]
CO-COUNSEL FOR PLAINTIFFS . . . . . . . . . . . . . . . . . . . . . Via Federal Express

_____
CHERYL R. BROWN



# **INDEX**

Documents found in the following categories contain legal advice, requests for legal advice or services or provide information in connection with the rendering of legal advice or services:

**AC** Confidential communications including documents reflecting confidential communications between client and counsel, between counsel or between client representatives; and

**WP** Reports, statements, correspondence, memoranda or other documents prepared in anticipation of litigation or for trial and/or documents which contain the mental impressions, conclusions, opinions or legal theories or factual analyses of an attorney or other representative or employee of a party concerning litigation.



## GLOSSARY OF NAMES

| | |
|---|---|
| Anderson, C | Partner w/Parnell, Defense Counsel, Alabama Lawsuit |
| Boyd, William | Former Defense Counsel |
| Capps, G | Plaintiff, Alabama Lawsuit |
| Capps, K | Plaintiff, Alabama Lawsuit |
| Cowles, D | Claims Administrator, GRE Insurance, Insurer of EAC |
| EAC | Defendant, Equitable Acceptance Corporation |
| Emmer, T | Counsel for Franklin |
| Franklin, R | Employee, EAC |
| Gary Lundeen Co. | Accounting Company, Statement of Accounting |
| Gerold, Althestine | Buyer, EAC |
| Henn, Jeffrey | Corporate Representative of Defendant EAC |
| Lawson, M | Legal Assistant, Hill, Hill, Carter, et al; Alabama |
| Pace, J | Employee, Southern Surgical Steel |
| Parnell, | Defense Counsel in Alabama Lawsuit |
| Tomlinson, Richard | Plaintiff's Counsel |
| Turbyfill, Donald | Defense Counsel |



## PRIVILEGE LOG

| NUMBER | DOCUMENT DATE | DESCRIPTION | PRESENT LOCATION | PRIVILEGE CLAIMED |
|---|---|---|---|---|
| **EAC000-** | | | | |
| 1 | | Handwritten note from EAC to D. Turbyfill re: procedures | Defense Counsel | AC |
| 2-4 | 12/14/01 | Letter from R. Tomlinson to Boyd re: production of additional documents | Defense Counsel | AC |
| 5 | | Handwritten note from EAC to D. Turbyfill re: Cali attorney | Defense Counsel | AC |
| 12 | | Handwritten note from EAC to D. Turbyfill re: Documents available to dealers | Defense Counsel | AC |
| 47 | | Handwritten note from EAC to D. Turbyfill re: Accounts that you will bill | Defense Counsel | AC |
| 957 | 8/15/01 | Letter from J. Henn to B. Boyd re: summary of events | Defense Counsel | AC |
| 959-970 | | Copy of Original Complaint with handwritten notes | Defense Counsel | WP |
| **ALEAC000-** | | | | |
| 2 | 1/2/98 | Letter from R. Bradford to D. Cowles re: deposition notices enclosed: | Defense Counsel | AC |
| 18-20 | 1/28/98 | Letter from R. Bradford to D. Cowles re: enclosed copy of Scheduled Conf Order | Defense Counsel | AC |
| 21 | 1/28/98 | Letter from R. Bradford to D. Cowles re: enclosed copy of deposition notices: | Defense Counsel | AC |
| 24-25 | | Letter from R. Bradford to D. Cowles | Defense Counsel | AC |
| 48-50 | 2/15/98 | Letter from R. Bradford to D. Cowles re: enclosed first page of notice | Defense Counsel | AC |
| 62 | 2/18/98 | Letter from R. Bradford to D. Cowles - transmittal | Defense Counsel | AC |
| 63 | 2/27/98 | Letter from R. Bradford to J. Henn re: Plaintiff wants to take deposition | Defense Counsel | AC |
| 64 | 2/27/98 | Letter from R. Bradford to T. Emmer re: enclosed Deposition notices | Defense Counsel | WP |
| 65 | 3/3/98 | Letter from J. Henn to B. Bradford re: B. Franklin will be available for deposition | Defense Counsel | AC |

| | | | | |
|---|---|---|---|---|
| 216 | 12/21/97 | Letter from R. Bradford to D. Cowles re: scheduling conference | Defense Counsel | AC |
| 242 | 8/6/96 | Letter from J. Henn to Parnell enclosing docs | Defense Counsel | AC |
| 243 | 8/15/96 | Letter from C. Anderson to J. Henn re: R. Bradford retained to represent EAC | Defense Counsel | AC |
| 244 | 8/26/96 | Letter from R. Bradford to D. Cowles re: look forward to represent EAC | Defense Counsel | AC |
| 247-249 | 8/27/96 | Letter from D. Cowles to J. Henn re: R. Bradford retained by GRE Ins to represent EAC | Defense Counsel | AC |
| 304-305 | 10/9/96 | Letter from R. Bradford to D. Cowles re: Plaintiff mtn to remand | Defense Counsel | AC |
| 311 | 10/21/96 | Letter from R. Bradford to D. Cowles re: remand | Defense Counsel | AC |
| 312 | 11/6/96 | Letter from R. Bradford to D. Cowles re: deposition schedule | Defense Counsel | AC |
| | | | | |