IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| JULIO COLEGIO, et al | § | |
|    Plaintiffs | § | |
| | § | |
| v. | § | Civil Action No. 9:01 CV 161 |
| | § | |
| EQUITABLE ACCEPTANCE CORP., et al. | § | Judge: Hannah |
|    Defendants | § | |

## EQUITABLE ACCEPTANCE CORPORATION'S
## DESIGNATION OF TRIAL WITNESSES

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW, Defendant, Equitable Acceptance Corporation in the above stated cause, and designates the following trial witnesses:

The Defendant Equitable Acceptance Corporation may or will call the following persons to testify at the trial of this matter:

1. Jeffrey D. Henn
   Vice President
   Equitable Acceptance Corporation
   P.O. Box 27171
   Minneapolis, MN 55427
   612-542-3910
   800-336-4962

2. Donald A. Henn
   New Era, Inc.
   P.O. Box 27007
   Minneapolis, MN 55427

3. Jack Cali, III
   5412 Yale Street
   Metairie, LA 70003
   504-554-5550

4.  Royalware Industries (employees or representatives)
    4444 Westheimer Road #421
    Houston, Texas 77027
    713-840-1755

    5413 Veterans Blvd.
    Metairie, LA 70003
    504-666-8787

5.  Cali Enterprises (employees or representatives)
    5412 Yale Street
    Metairie, LA 70003
    504-554-5550

    5413 Veterans Blvd.
    Metairie, LA 70003

6.  All witnesses necessary for rebuttal;

7.  All witnesses necessary for impeachment;

8.  Pattern and practice witnesses;

9.  Any person whose name appears in documents produced by Defendant;

10. Any witness whose name is revealed through subsequent discovery;

11. Any persons, including rebuttal experts, necessary to rebut Plaintiffs' expert witnesses;

12. All witnesses listed by Plaintiffs, including individually named Plaintiffs;

13. Any witnesses deposed or to be deposed;

14. Any persons necessary to rebut Plaintiffs' pattern and practice witnesses, if any.

Equitable Acceptance Corporation reserves the right to amend this witness list prior to trial.

Dated: April 22, 2002.

                            Respectfully submitted,

                            DEVLIN, NAYLOR & TURBYFILL, P.L.L.C.

                            DONALD L. TURBYFILL
                            Texas Bar Number 2029638
                            CHERYL R. BROWN
                            Texas Bar Number 24004565
                            4801 Woodway, Suite 420 West
                            Houston, Texas 77056-1805
                            713/622-8338 (Telephone)
                            713/586-7053 (Facsimile)
                            ATTORNEYS FOR DEFENDANT
                            EQUITABLE ACCEPTANCE CORPORATION

## CERTIFICATE OF SERVICE

The undersigned certifies that on April 22, 2002, EQUITABLE ACCEPTANCE CORPORATION, a Defendant herein, served the foregoing instrument on the parties listed below:

Richard Tomlinson
Attorney at Law
One Greenway Plaza, Suite 100
Houston, Texas 77046
(713) 627-7747 [phone]
(713) 627-3035 [facsimile]
ATTORNEY FOR PLAINTIFFS

Richard S. Fischer
Attorney At Law
114 S Pecan Street
Nacogdoches  TX  75961
(936) 564-2222 [phone]
(936) 564-1346 [facsimile]
CO-COUNSEL FOR PLAINTIFFS

                            CHERYL R. BROWN