IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| JULIO COLEGIO, et al<br>Plaintiffs | §<br>§<br>§ | |
| v. | § | Civil Action No. 9:01 CV 161 |
| | § | |
| EQUITABLE ACCEPTANCE CORP., et al.<br>Defendants | §<br>§ | Judge: Hannah |

**JOINT MOTION FOR ENTRY OF
AMENDED JOINT DISCOVERY PLAN AND SCHEDULING ORDER**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW, Defendant Equitable Acceptance Corporation ("EAC") and Plaintiffs, Julio Colegio, Eduardo Hernandez and Manuel Padilla ("Plaintiffs"), and file this Joint Motion for Entry of Amended Joint Discovery Plan and Scheduling Order pursuant to Rule 15 and 16(b) and (e) in the above stated cause. Defendant Jack Cali, III dba Cali Enterprises and Royalware Industries was served with a summons on February 23, 2002 and has failed to timely file a response with this Court.

Counsel for EAC and Counsel for the Plaintiffs conferred regarding the following matters and propose that the deadlines in the Scheduling Order entered on December 17, 2001 be amended. The Defendants and Plaintiffs represent to the court that it is in the best interest of all parties and in the best interest of justice to extend the deadlines so that further discovery may be conducted.

The parties agree to extend the following deadlines previously ordered by this Court:

Bench Trial: Will be set at a later date

29

| | |
|---|---|
| Submission of Final Pretrial order following the format in Appendix D of the local Court rules which shall include and be in lieu of the disclosures required by Rule 26(a)(3) and submission of Proposed Findings of Fact & Conclusion of Law: | August 27, 2002 |
| Responses to dispositive motions: | September 3, 2002 |
| Last date to file dispositive motions or motions challenging expert witnesses: | August 12, 2002 |
| Discovery deadline: | July 26, 2002 |
| Defendant to identify trial witnesses: | July 22, 2002 |
| Plaintiff to identify trial witnesses: | July 15, 2002 |
| Defendant to answer amended pleadings: | July 26, 2002 |
| Amend Pleadings: (It is not necessary to file a motion for leave to amend before the deadline to amend pleadings. It is necessary to file a motion for leave to amend after the deadline to amend pleadings.) | July 12, 2002 |
| Disclosure of Expert Testimony by Defendant (See Fed.R.Civ.P. 26(a)(2) and Local Rule CA-26(b) for information required to be disclosed): | July 12, 2002 |
| Disclosure of Expert Testimony by Plaintiff (See Fed.R.Civ.P. 26(a)(2) and Local Rule CA-26(b) for information required to be disclosed): | June 28, 2002 |
| Mediation to be completed: | August 20, 2002 |
| Privilege logs to be exchanged by parties (or a letter to the court stating that there are no disputes as to claims of privileged documents): | July 19, 2002 |
| Join additional parties: | May 31, 2002 |

Dated:      April 24, 2002.

Respectfully submitted,

DEVLIN, NAYLOR & TURBYFILL, P.L.L.C.

_____
DONALD L. TURBYFILL
Texas Bar Number 2029638
CHERYL R. BROWN
Texas Bar Number 24004565
4801 Woodway, Suite 420 West
Houston, Texas 77056-1805
713/622-8338 (Telephone)
713/586-7053 (Facsimile)
ATTORNEYS FOR DEFENDANT
EQUITABLE ACCEPTANCE CORPORATION

RICHARD TOMLINSON
*[Original signature signed by Cheryl R. Brown with permission.]*

_____
Richard Tomlinson
Attorney at Law
One Greenway Plaza, Suite 100
Houston, Texas 77046
(713) 627-7747 [phone]
713) 627-3035 [facsimile]
ATTORNEY FOR PLAINTIFFS

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| JULIO COLEGIO, et al<br>Plaintiffs | § § § | |
| v. | § | Civil Action No. 9:01 CV 161 |
| | § | |
| EQUITABLE ACCEPTANCE CORP., et al.<br>Defendants | § § | Judge: Hannah |

**AMENDED JOINT DISCOVERY PLAN AND SCHEDULING ORDER**

In accordance with the proposed Joint Motion to Amend Joint Discovery Plan and Scheduling Order, the court finds that the following amended scheduling order should issue. It is therefore, ORDERED that the following schedule of deadlines replace and supercede the deadlines previously issued by this court on December 17, 2001 until futher order of this court:

| | |
|---|---:|
| Bench Trial: | Will be set at a later date |
| Submission of Final Pretrial order following the format in Appendix D of the local Court rules which shall include and be in lieu of the disclosures required by Rule 26(a)(3) and submission of Proposed Findings of Fact & Conclusion of Law: | August 27, 2002 |
| Responses to dispositive motions: | September 3, 2002 |
| Last date to file dispositive motions or motions challenging expert witnesses: | August 12, 2002 |
| Discovery deadline: | July 26, 2002 |
| Defendant to identify trial witnesses: | July 22, 2002 |
| Plaintiff to identify trial witnesses: | July 15, 2002 |
| Defendant to answer amended pleadings: | July 26, 2002 |

**CLIENT'S COPY**

| | |
|---|---|
| Amend Pleadings:<br>(It is not necessary to file a motion for leave to<br>amend before the deadline to amend pleadings.<br>It is necessary to file a motion for leave to amend<br>after the deadline to amend pleadings.) | July 12, 2002 |
| Disclosure of Expert Testimony by Defendant<br>(See Fed.R.Civ.P. 26(a)(2) and Local Rule CA-26(b)<br>for information required to be disclosed): | July 12, 2002 |
| Disclosure of Expert Testimony by Plaintiff<br>(See Fed.R.Civ.P. 26(a)(2) and Local Rule CA-26(b)<br>for information required to be disclosed): | June 28, 2002 |
| Mediation to be completed: | August 20, 2002 |
| Privilege logs to be exchanged by parties<br>(or a letter to the court stating that there are<br>no disputes as to claims of privileged documents): | July 19, 2002 |
| Join additional parties: | May 31, 2002 |

Signed this the _____ day of _____, 2002.


_____
UNITED STATES DISTRICT JUDGE


Approved as to form and content:

DEVLIN, NAYLOR & TURBYFILL, P.L.L.C.

_____
DONALD L. TURBYFILL
Texas Bar Number 2029638
CHERYL R. BROWN
Texas Bar Number 24004565
4801 Woodway, Suite 420 West
Houston, Texas 77056-1805
713/622-8338 (Telephone)
713/586-7053 (Facsimile)
ATTORNEYS FOR DEFENDANT
EQUITABLE ACCEPTANCE CORPORATION

RICHARD TOMLINSON

[*Original signature signed by Cheryl R. Brown with permission.*]

_____
Richard Tomlinson
Attorney at Law
One Greenway Plaza, Suite 100
Houston, Texas 77046
(713) 627-7747 [phone]
(713) 627-3035 [facsimile]
**ATTORNEY FOR PLAINTIFFS**