IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

APR 30 2002

DAVID J. MALAND, CLERK
BY
DEPUTY_____

| | | |
|---|---|---|
| JULIO COLEGIO, et al | § | |
| Plaintiffs | § | |
| | § | |
| v. | § | Civil Action No. 9:01 CV 161 |
| | § | |
| EQUITABLE ACCEPTANCE CORP., et al. | § | Judge: Hannah |
| Defendants | § | |

## AMENDED JOINT DISCOVERY PLAN AND SCHEDULING ORDER

In accordance with the proposed Joint Motion to Amend Joint Discovery Plan and Scheduling Order, the court finds that the following amended scheduling order should issue. It is therefore, ORDERED that the following schedule of deadlines replace and supercede the deadlines previously issued by this court on December 17, 2001 until futher order of this court:

| | |
|---|---|
| Bench Trial: | Will be set at a later date |
| Submission of Final Pretrial order following the format in Appendix D of the local Court rules which shall include and be in lieu of the disclosures required by Rule 26(a)(3) and submission of Proposed Findings of Fact & Conclusion of Law: | August 27, 2002 |
| Responses to dispositive motions: | September 3, 2002 |
| Last date to file dispositive motions or motions challenging expert witnesses: | August 12, 2002 |
| Discovery deadline: | July 26, 2002 |
| Defendant to identify trial witnesses: | July 22, 2002 |
| Plaintiff to identify trial witnesses: | July 15, 2002 |
| Defendant to answer amended pleadings: | July 26, 2002 |

Amend Pleadings:
(It is not necessary to file a motion for leave to
amend before the deadline to amend pleadings.
It is necessary to file a motion for leave to amend
after the deadline to amend pleadings.)                                July 12, 2002

Disclosure of Expert Testimony by Defendant
(See Fed.R.Civ.P. 26(a)(2) and Local Rule CA-26(b)
for information required to be disclosed):                              July 12, 2002

Disclosure of Expert Testimony by Plaintiff
(See Fed.R.Civ.P. 26(a)(2) and Local Rule CA-26(b)
for information required to be disclosed):                              June 28, 2002

Mediation to be completed:                                              August 20, 2002

Privilege logs to be exchanged by parties
(or a letter to the court stating that there are
no disputes as to claims of privileged documents):                      July 19, 2002

Join additional parties:                                                May 31, 2002

Signed this the 28th day of April, 2002.

                                                    _____
                                                    UNITED STATES DISTRICT JUDGE

Approved as to form and content:

DEVLIN, NAYLOR & TURBYFILL, P.L.L.C.

_____
DONALD L. TURBYFILL
Texas Bar Number 2029638
CHERYL R. BROWN
Texas Bar Number 24004565
4801 Woodway, Suite 420 West
Houston, Texas 77056-1805
713/622-8338 (Telephone)
713/586-7053 (Facsimile)
ATTORNEYS FOR DEFENDANT
EQUITABLE ACCEPTANCE CORPORATION

RICHARD TOMLINSON

*[Original signature signed by Cheryl R. Brown with permission.]*

_____
Richard Tomlinson
Attorney at Law
One Greenway Plaza, Suite 100
Houston, Texas 77046
(713) 627-7747 [phone]
(713) 627-3035 [facsimile]
ATTORNEY FOR PLAINTIFFS