IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

JUL 17 2002

DAVID J. MALAND, CLERK
BY
DEPUTY _____

| | | |
|---|---|---|
| JULIO COLEGIO, et al. | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 9:01 CV 161 |
| | § | |
| EQUITABLE ACCEPTANCE CORP., et al. | § | Judge: Hannah |
| | § | |
| Defendants | § | |

**PLAINTIFFS' FIRST AMENDED DESIGNATION OF TRIAL WITNESSES**

COME NOW Julio Colegio, Eduardo Hernandez and Manuel Padilla, Plaintiffs in the above-stated cause, and designate the following trial witnesses:

1.  Julio and Marisela Colegio
    2083 Briar Forest
    Nacogdoches, Texas 75964
    936/462-7031

2.  Manuel and Maria Padilla
    403 Bremond
    Lufkin, Texas 75901
    936/632-5667

3.  Eduardo Hernandez and Esther Guerrero
    208 Forest Park Blvd.
    Lufkin, Texas 75904-1306
    936/634-0955

4.  Mariano Suarez Castro and Norma Alicia Suarez
    424 Chaillon
    Lufkin, Texas 75901
    936/632-0076

3 1

5.   Ranulfo Rodriguez
     Route 8, Box 8332
     Lufkin, Texas 75901
     936/875-4054

6.   Leticia Santamaria Ortega
     421 Laurel, #26
     Lufkin, Texas 75901
     936/634-0775

7.   Jesus Eduardo Mendoza
     Route 8, Box 8230
     Lufkin, Texas 75904
     936/875-3547

8.   Janie Gonzalez Alonso
     127 Hudson Place Drive
     Lufkin, Texas 75904
     936/875-2059

9.   Jeffrey D. Henn
     Vice President
     Equitable Acceptance Corporation
     P.O. Box 27171
     Minneapolis, Minnesota 55427
     612/542-3910
     800/336-4962

10.  Jack Cali III
     Royalware Industries or Cali Enterprises
     3830 Williams Boulevard
     Kenner, Louisiana
     (Last known addresses and telephone number)

11.  Donald A. Henn
     New Era Inc.
     (Address and telephone number unknown)

12.  Roger E. Johnson
     New Era, Inc.
     (Address and telephone number unknown)

13.  Hector Perez
     c/o Richard S. Fischer
     114 S. Pecan Street
     Nacogdoches, Texas 75961
     936/564-2222

14.  Patricia Cepeda
     728 S. Shanks, #11
     Clute, Texas 77531
     979/265-7874

15.  Pablo Lagunes and Maria Ramirez
     11505 Keegans Ridge Road
     Apt. 32
     Houston, Texas 77031
     281/564-4629

16.  Nicholas Ramirez
     2205 N. Timberland, #108
     Lufkin, Texas 75901
     936/632-0362

17.  Jose Muniz and Santos Moran
     2205 N. Timberland, #221
     Lufkin, Texas 75901
     936/632-0917

18.  Ricardo and Maria Reyes
     1400 E. Lufkin Avenue, #25
     Lufkin, Texas 75901
     936/637-2035
     936/867-5688

19.  Jose Mesa and Rebecca Rico
     Ruta 2, Box 204-2
     Diboll, Texas 75941
     936/829-0824

20.  Raul and Paula Nava
     2205 N. Timberland, #303
     Lufkin, Texas 75901
     936/634-1675
     936/631-6210

21.   Jose Ruiz
      101 Anderson Street
      Lufkin, Texas 75904
      936/699-2314

22.   Filiberto and Maria Guerrero
      104 Anderson Street
      Lufkin, Texas 75901
      936/632-5422
      936/634-3718

23.   Juana Garza
      RR 08, Box 8063 Dexter
      Hudson, Texas 75904
      936/875-5907

24.   Amado Rosales
      512 N. 5th Street
      Lufkin, Texas 75901
      936/637-0455
      936/634-2211

25.   Jose and Elsa Madera
      503 Dogwood
      Lufkin, Texas 75904
      936/639-4869
      936/639-1274

26.   Antonio and Isidra Delgadillo
      913 S. Third Street
      Lufkin, Texas 75904
      936/634-1354
      936/631-6210

27.   Horacio and Roberta Gamez
      455 W. Dixie Lane
      Tyler, Texas 75706
      903/595-1221

28.   Santiago Ocampo and Norma Aguirre
      7344 Southway Drive
      Houston, Texas 77087
      713/643-3396

29. Juan Ortiz
    6233 Gulfton, #2065
    Houston, Texas 77081
    713/995-8926
    713/229-8000

30. Pablo and Evelyn Maravilla
    6000 Bissonnet, #343
    Houston, Texas 77081
    713/981-9268

31. Aureliano Nava
    231 I-45 North, #21607
    Conroe, Texas 77304
    936/760-3908
    936/760-7756

32. Carlos Palomino
    1002 E. Dallas, #7
    Conroe, Texas 77301
    936/760-3908

33. Yesenia Gomez
    2724 Broadway, $40
    Houston, Texas 77017
    713/645-9969
    713/477-0221

34. Lazaro and Laura Baro
    2606 Beatty, #114
    Houston, Texas 77023
    713/644-9702

35. Claudia Nunez and Marta Vasquez
    6233 Gulfton Street, #3194
    Houston, Texas 77081
    713/270-4793

36. Fermin and Maria Barrera
    513 Clinton Street
    Conroe, Texas 77301
    936/756-5948

37.   Carolina Villa
      8500 Broadway Street, #1301
      Houston, Texas 77061
      713/643-7721

38.   Inocencio Soriano
      6233 Gulfton, #3121
      Houston, Texas 77081
      713/271-5354

39.   Juan Arevalo
      300 S. John Redditt, #406
      Lufkin, Texas 75904
      936/639-4382
      936/633-4600

40.   Jose Torres and Victoria Ramos
      105 Finley Avenue
      Lufkin, Texas 75901
      936/634-7652

41.   Noelia Zavala and Narciso Magaia
      711 Lane Drive, #6
      Nacogdoches, Texas 75961
      936/569-7433

42.   Simon Cordero
      2027 Briar Forest
      Nacogdoches, Texas 75961

43.   Teodocio and Maria Ocon
      P.O. Box 630527
      Nacogdoches, Texas 75964
      936/552-0265

44.   Ramiro Quetzala
      204 W. Seale, Apt. # 8
      Nacogdoches, Texas 75964
      936/559-8983

45.  Manuel Camacho
     1141 California
     Lufkin, Texas 75904
     936/632-9690

46.  Vicenta Avila
     3309 Old Tyler, #17
     Nacogdoches, Texas 75964
     936/560-4461
     936/569-2800

47.  Guillermo Robles
     4444 Westheimer, #421
     Houston, Texas 77027
     713/840-1755

Plaintiffs reserve the right to supplement this designation prior to trial.

Respectfully submitted,

RICHARD TOMLINSON
One Greenway Plaza
Suite 100
Houston, Texas 77046
713/627-7747
Fax: 713/627-3035
State Bar No. 20123500

ATTORNEY FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing pleading has been forwarded to opposing counsel via certified mail, return receipt requested, on this the *15th* day of _July_, 2002 as follows:

Donald L. Turbyfill
Devlin, Naylor & Turbyfill, P.L.L.C.
4801 Woodway, Suite 420-West
Houston, Texas 77056-1805

Richard Tomlinson

*Plaintiffs' Designation of Trial Witnesses*
*Page 8*