IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| JULIO COLEGIO, et al. | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 9:01 CV 161 |
| | § | |
| EQUITABLE ACCEPTANCE CORP., et al. | § | Judge: Hannah |
| | § | |
| Defendants | § | |

**ORDER OF CLASS CERTIFICATION,
PRELIMINARY APPROVAL OF SETTLEMENT
AND APPROVAL OF NOTICE TO THE CLASS**

On this day came on to be heard Plaintiffs' Motion for Certification of Settlement Class and Preliminary Approval of Settlement and Proposed Notice to Class, and the Court, having considered the motion and memorandum, any response and the argument of counsel, finds the following orders to be appropriate.

IT IS, THEREFORE ORDERED that Plaintiffs' request for class certification is granted and a class composed of all persons who are Texas residents, who purchased goods in a home solicitation transaction from an entity known as Royalware or Royalware Industries and who were obligated to send payments to Equitable Acceptance Corporation is hereby certified for purposes of settlement only with the named Plaintiffs serving as representatives of the class and with Plaintiffs' counsel serving as counsel for the class.

IT IS FURTHER ORDERED that the proposed settlement agreement attached to the motion as Exhibit 4 is preliminarily approved and notice in the form attached to Plaintiff's memorandum shall be sent to the class within 14 days from the date of this order by First Class U.S. Mail.

IT IS FURTHER ORDERED that a fairness hearing is hereby scheduled for Feb. 10,

at 2:30 p.m.
2003, and that any objections to the settlement or requests for exclusion must be filed with this Court no later than Jan. 23, 2003.

IT IS FURTHER ORDERED that the date for the fairness hearing and the deadlines for objection and exclusion must also inserted in the notices to the class before they are mailed.

SIGNED this 19th day of December, 2002.

*[signature]*
UNITED STATES DISTRICT JUDGE

Order of Class Certification, Preliminary Approval of Settlement and Approval of Class Notice
Page 2