```
FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
      2-10-03
DAVID J. MALAND, CLERK
BY
DEPUTY _____PD_____
```

RULE INVOKED ____

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
_____Lufkin_____ DIVISION

DATE __2-10-03__

JUDGE __John Hannah__   REPORTER __Ron Mason__

__Julio Colegio et al__
_____
          PLAINTIFF

VS   CIVIL ACTION NO. __9:01CV161__

__Equitable Acceptance__
__et al__   JURY ____ NON-JURY __✓__
_____
          DEFENDANT

ATTORNEYS FOR PLAINTIFF __Richard Fischer__
__Richard Tomlinson__
ATTORNEYS FOR DEFENDANT __Donald Turly fill__
_____

LAW CLERK _____ INTERPRETER _____

THIS DAY CAME THE PARTIES BY THEIR ATTORNEYS AND THE FOLLOWING
PROCEEDINGS WERE HAD:    OPEN __2:30__   ADJOURN __2:52__

Court calls case. Hearing held on fairness and the approval of settlement with the class. Tomlinson asks the court to approve the settlement. Pla will move to dismiss Jack Cali as a dft. There were no objections by the class of the settlement.

DAVID J. MALAND, CLERK
BY __Patricia Davidsen__
                DEPUTY

39

CASE NO. 9:01CV161   DATE: 2-10-03

PAGE 2   PROCEEDINGS CONTINUED:

Turbyfill responds and asks that the settlement be approved. Court approves the settlement.